FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 DEC 26 AM 11:06
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MARTHA T. RUMPH, Administrator
of the Estate of Darrie D.
Rumph, deceased,

    Plaintiff,

v.   CV 118-066

UNITED STATES OF AMERICA,

    Defendant.

**ORDER**

Before the Court is Martha T. Rumph's Motion of Plaintiff's Representative for Substitution as Plaintiff pursuant to Federal Rule of Civil Procedure 25(a). (Doc. 20.) Plaintiff, Darrie D. Rumph, died on May 26, 2018. (Suggestion of Death, Doc. 8, ¶ 2.) Defendant filed notice of his death on June 21, 2018. (Suggestion of Death.) On November 15, 2018, the Probate Court of Houston County, Georgia, designated Martha T. Rumph as Administrator for the Estate of Darrie D. Rumph. (Letters of Administration, Doc. 20-1.) On the same day, Martha T. Rumph filed the present motion requesting to be substituted as Plaintiff in place of Darrie D. Rumph.

Federal Rule of Civil Procedure 25(a) governs substitution of parties after death:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within [ninety] days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Defendant filed the Suggestion of Death on June 21, 2018. The present motion, filed November 15, 2018, was not filed within ninety days as required by Rule 25(a). Nevertheless, Martha T. Rumph represents that Defendant consents to the present motion, and Defendant has not filed an opposition.[1]

Based on the foregoing, it **IS HEREBY ORDERED** that Martha T. Rumph's Motion of Plaintiff's Representative for Substitution as Plaintiff (Doc. 20) is **GRANTED**. The Clerk is directed to **TERMINATE** Darrie D. Rumph as a party to this case and **SUBSTITUTE** Martha T. Rumph, Administrator of the Estate of Darrie D. Rumph, as Plaintiff. Pursuant to Magistrate Judge Brian K. Epps's Order dated June 27, 2018 (Doc. 16), Defendant shall respond to Plaintiff's complaint within **FOURTEEN (14) DAYS** of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, the Court refrains from undertaking an analysis to determine whether the absence of a motion to substitute within ninety days of the suggestion of death is excused under Rule 25(a) and Lizarazo v. Miami-Dade Corr. & Rehab. Dep't, 878 F.3d 1008 (11th Cir. 2017).